

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 21, 2024

**VIA ECF**
Honorable John P. Cronan
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Bhupinder Singh Virk*
Ind. # 22 Cr. 618 (JPC)

Dear Judge Cronan:

With the government's consent, I respectfully seek an adjournment of Mr. Virk's sentencing hearing that is presently scheduled for March 5, 2024. I have recently received the initial PSR, and still require time to gather items necessary to finalize my sentencing submission.

If the Court has availability, I respectfully request that the Court adjourn the sentencing to any day during the week of the week of May 6, 2024.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

The request is granted. Defendant Virk's sentencing is adjourned from March 5, 2024, to May 8, 2024, at 9:30 a.m.

SO ORDERED
Date: February 26, 2024
New York, New York

JOHN P. CRONAN
United States District Judge