

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

June 5, 2024

**VIA ECF**
Honorable John P. Cronan
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Bhupinder Singh Virk*
Ind. # 22 Cr. 618 (JPC)

Dear Judge Cronan:

With the government's consent, I respectfully seek a very brief extension of Mr. Virk's sentencing hearing, which presently scheduled for June 12, 2024.  I am requesting a new date of either June 25 or 26.  The reason is that some of Mr. Virk's friends and family are traveling from India and are unable to appear in court by June 12.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

*/s/ Steven Brill*

By: Steven Brill

The request is granted.  Defendant Virk's sentencing is adjourned to June 25, 2024, at 10:00 a.m.

SO ORDERED.
Date: June 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge