# AFFIDAVIT OF CHARACTER

**State of New Jersey**

**County of Bordentown**

I, Harpreet Singh, residing at 3 Sagamore Ln Bordentown NJ 08505, being duly sworn, hereby depose and state:

1. **Introduction:**
    - I am Harpreet Singh, a former colleague of Bhupinder Singh, hereinafter referred to as the Respondent. I have known the Respondent for approximately one and a half years.
    - Our acquaintance began when we started working together as truck drivers at FLC Trucking.
2. **Personal Background:**
    - I am employed as a truck driver and have extensive experience in the transportation industry.
    - My professional background involves ensuring timely and safe deliveries, maintaining vehicle safety standards, and adhering to all regulatory requirements.
    - I have consistently worked in roles that require reliability, responsibility, and integrity.
3. **Respondent's Character and Conduct:**
    - Over the time we worked together, I observed the Respondent exhibit qualities of compassion, responsibility, and integrity. He consistently supported his colleagues and contributed positively to our work environment.
    - Bhupinder was instrumental in maintaining a positive work atmosphere, often assisting colleagues and fostering teamwork.
    - The Respondent maintained strong and healthy relationships with co-workers, often acting as a mediator and supporter during work-related issues, illustrating his respected role in our professional circle.
4. **Circumstances Regarding the Arrest:**
    - While I am not fully privy to all details concerning the Respondent's arrest, I am confident, based on my longstanding relationship with him, that this incident is not reflective of his true character.
    - It is my sincere belief that the Respondent's actions that led to the arrest are out of character, and he holds the moral values to rectify the situation.
5. **Appeal for Leniency:**
    - Based on my detailed knowledge and observations of the Respondent's character over the time we worked together, I earnestly request the court to consider leniency in his sentencing.
    - I firmly believe that the Respondent is capable of overcoming this challenge, learning from it, and continuing to be a positive influence within our community.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

7/20/2014

Harpreet Singh

# AFFIDAVIT OF CHARACTER

**State of New York**

**County of Nassau**

I, Sajani Patel, residing at 3937 gilmartin ln seaford ny 11783 , being duly sworn, hereby depose and state:

1. **Introduction:**
   - I am Sajani Patel, a former dispatcher for Hkk transport inn hereinafter referred to as the Respondent. I have known Bhupinder Singh for approximately two and a half years.
   - Our acquaintance began when we started working together at the trucking company where I was responsible for dispatching and coordinating logistics.
2. **Personal Background:**
   - I am employed as a dispatcher and have extensive experience in logistics and transportation management.
   - My role involved coordinating schedules, managing routes, and ensuring timely deliveries, which required strong organizational skills and attention to detail.
   - I have consistently worked in roles that require reliability, responsibility, and the ability to work under pressure.
3. **Respondent's Character and Conduct:**
   - Over the time we worked together, I observed Bhupinder Singh exhibit qualities of dedication, reliability, and integrity. He consistently supported his colleagues and contributed positively to our work environment.
   - Bhupinder was instrumental in maintaining smooth operations, often going above and beyond to ensure all deliveries were made on time and any issues were promptly resolved.
   - The Respondent maintained strong and healthy relationships with co-workers, often acting as a mediator and supporter during work-related issues, illustrating his respected role in our professional circle.
4. **Circumstances Regarding the Arrest:**
   - While I am not fully privy to all details concerning the Respondent's arrest, I am confident, based on my longstanding relationship with him, that this incident is not reflective of his true character.
   - It is my sincere belief that the Respondent's actions that led to the arrest are out of character, and he holds the moral values to rectify the situation.
5. **Appeal for Leniency:**
   - Based on my detailed knowledge and observations of the Respondent's character over the time we worked together, I earnestly request the court to consider leniency in his sentencing.
   - I firmly believe that the Respondent is capable of overcoming this challenge, learning from it, and continuing to be a positive influence within our community.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

7/18/2024

Sajani Patel