UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
    -v-                                                           :    22 Cr. 618 (JPC)
:
BHUPINDER SINGH VIRK,                                                  :    <u>ORDER</u>
:
    Defendant.                                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court grants Defendant Bhupinder Singh Virk's request, submitted earlier today, for an adjournment of tomorrow's sentencing. Mr. Virk's sentencing is adjourned from June 25, 2024, at 10:00 a.m., to July 16, 2024, at 3:30 p.m.

    Given the adjournment, the Court will allow the parties to address in writing an issue that it intended to raise at sentencing. The Court requests clarification on how the Government arrived at the drug quantity attributed to Mr. Virk, particularly with respect to the weight of cocaine and methamphetamine involved in the offense. The Presentence Investigation Report and the Government's sentencing submission contemplate that Mr. Virk's offense involved 476 kilograms of cocaine. Yet, between March 18 and 21, 2022, law enforcement seized 400 kilograms of cocaine from a warehouse in New Jersey, and on March 2, 2022, law enforcement seized 96 kilograms of cocaine in Kansas City, Kansas, which seizures would total 496 kilograms (not 476 kilograms) of cocaine. The Court also requests clarification on how the Government determined that Mr. Virk's offense involved 1,086 kilograms of methamphetamine mixtures, as also reflected in the Government's submission and the Presentence Investigation Report.

The Government shall make a supplemental submission on this issue by July 12, 2024. Mr. Virk also may, but is not required to, make a supplemental submission on this issue by the same date.

SO ORDERED.

Dated: June 24, 2024
New York, New York

JOHN P. CRONAN
United States District Judge