**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 9, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Bhupinder Singh Virk*, 22 Cr. 618 (JPC)**

Dear Judge Cronan:

The Government submits this supplemental sentencing submission pursuant to the Court's order dated June 24, 2024, to explain the drug quantity calculation for defendant Bhupinder Singh Virk. *See* ECF No. 193.

The Court's Order noted that the defendant's plea agreement and Presentence Investigation Report used a cocaine quantity of 476 kilograms of cocaine, even though law enforcement seized 400 kilograms of cocaine from the New Jersey Seizure and 96 kilograms of cocaine during the Kansas City Seizure. With respect to the Kansas City Seizure, a chat between Virk and his co-defendant Cheema, recovered from Virk's cellphone, shows that on March 1, 2022, Cheema told Virk to expect to receive "80 books," i.e., 80 kilograms of cocaine, the next day. Accordingly, the Government intended to stipulate that what was reasonably foreseeable to Virk in the Kansas City load was 80 kilograms of cocaine, not the 96 kilograms seized.[1] Due to a typo, however, the Government's plea agreement, incorporated into the PSR, used 76 kilograms instead of 80 kilograms.

The Court's order also asked for clarification on how the Government determined that Virk's offense and relevant conduct included the stipulated amount of 1,086 kilograms of methamphetamine. Based on the Government's review of the evidence obtained from Virk's cellphones, a summary version follows; the Government can provide more detailed evidence upon request:

[1] *See* U.S.S.G. § 2D1.1, Application Note 5 ("In an offense involving an agreement to sell a controlled substance, the agreed-upon quantity of the controlled substance shall be used to determine the offense level unless the sale is completed and the amount delivered more accurately reflects the scale of the offense.").

- March 2, 2022 – During the New Jersey Seizure, in addition to the above-referenced cocaine, law enforcement seized 86 kilograms of methamphetamine
- March 15, 2022 – Virk confirmed the delivery of Frank's 130 kilograms of methamphetamine, which was shipped through the New Jersey Warehouse
- April 25, 2022 – Virk confirmed loading "50 bags" for a coconspirator using the alias "Tommy," noting "winz done," i.e., 50 kilograms of methamphetamine
- May 11, 2022 – In a conversation with asking for a recap of all "drops" to Chicago, Virk stated that he had delivered 9 total loads, including "one load for wins 200," i.e., 200 kilograms of methamphetamine
- July 1, 2022 – Virk arranged to deliver 150 "winz," i.e., 150 kilograms of methamphetamine, to an unidentified coconspirator using the alias "Ricky"
- September 7 – October 12, 2022 – Virk, Cheema, King, and others, arranged to transport 140 kilograms of methamphetamine, which were ultimately seized by law enforcement.
- August 17, 2022 – Virk arranged to pick up and deliver 150 kilograms of methamphetamine in Chicago
- August 20, 2022 – Virk arranged to pick up and deliver 100 kilograms of methamphetamine in Bakersfield, California

This deliveries lead to a conservative estimate of 1,086 kilograms of methamphetamine. The estimate is conservative—and stipulated to—because it does not attempt to include more ambiguous deliveries, such as, for example, the other 8 Chicago loads referenced in May 11 conversation, or an August 10, 2022 conversation between Virk and a narcotics co-conspirator where they discuss transporting two large boxes and two large duffel bags, without quantities or narcotics (let alone type) apparent.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ ____________________________
Thomas S. Burnett
Jane Y. Chong
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-1064/-2264/-1046

cc: Steven G. Brill, Esq. (by ECF)