UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BHUPINDER SINGH VIRK,<br><br>Defendant. | DECLARATION IN SUPPORT OF FINAL ORDER OF FORFEITURE<br><br>22 Cr. 618 (JPC) |

Matthew R. Shahabian, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about December 6, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 110) with respect to BHUPINDER SINGH VIRK (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

a. $8,000 in United States currency seized from the Defendant's vehicle;
b. $479,900 in United States currency seized from the Defendant's residence;
c. One (1) Louis Vuitton bag seized from the Defendant's vehicle; and
d. 2020 Mercedes-Benz AMG GT63 VIN: WDD7X8JB5LA014070;

(a. through d. collectively, the "Specific Property").

3. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on December 20, 2023 for thirty (30) consecutive days, through January 18, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court July 25, 2024 (D.E. 198).

4. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

5. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

6. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

7. No previous application for the relief requested herein has been sought.

Dated: New York, New York
July 25, 2024

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: ______________________
Matthew R. Shahabian
Assistant United States Attorney
26 Federal Plaza, 37th Floor
Tel. (212) 637-1046