

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 13, 2024

**VIA ECF**
Honorable John P. Cronan
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Bhupinder Singh Virk*
Ind. # 22 Cr. 618 (JPC)

Dear Judge Cronan:

I have represented Mr. Virk in connection with his pending Indictment before Your Honor. Mr. Virk was sentenced on July 18, 2024. Shortly thereafter, I filed a Notice of Appeal on Mr. Virk's behalf. Mr. Virk has expressed to me that his appeal will partly address the level of my representation. Mr. Virk has also expressed to me that he has no ability to continue to retain counsel. To that end, I am attaching his "Affirmation for Permission to Appeal in forma Pauperis". Should Your Honor grant his permission, I intend to seek withdrawal as counsel with the Second Circuit.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

The instant request is granted. Mr. Virk is hereby granted leave to appeal *in forma pauperis*.

SO ORDERED.
Date: September 13, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF _____

| | |
|---|---|
| united States of ___,<br>America<br>**Plaintiff**<br><br>v.<br><br>Bhupinder virk ___,<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)   Case No. 22. Cr. 618 (JPC)<br>)<br>)<br>)<br>) |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _____   Date: 8/20/2024

My issues on appeal are: My Lawyer did not put in any motions or Come to see me regarding my case. He was paid lawyer and I asked to bring translator because of my language barrier and he didn't and made promises which were lies and told me my deal was a good deal and misguided me and did not assist me like how he should have. Ineffective consoul.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ | $ | $ |

2.  *List your employment history for the past two years. most recent employer first. (Gross monthly pay is before taxes or other deductions.)* been in jail 21 months,

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)* No spouse.

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 0

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.* Don't own property.

| Home | Other real estate | Motor vehicle #1 Siezed. |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

Rev 12 1 2018

| Motor vehicle #2 *Siezad* | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.* None.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.* None

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

Rev. 12.1 2018

8.    *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|    Motor Vehicle: | $ | $ |
|    Credit card (name): | $ | $ |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |

| Alimony, maintenance, and support paid to others | $ | 0 | $ | 0 |
|---|---|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | | $ | |
| Other (specify): | $ | | $ | |
| **Total monthly expenses:** | $ | 260 | $ | |

Commisary every month by friends and family.

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes  ☑ No    If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Everything i had was siezed in connection to this case, whatever money I had left was used on legal fees, I hired one in California and hired one in New york, Spending in total 300 K which is all I had. Now I am nothing, have nothing in my bank, business etc. all siezed.

12. *State the city and state of your legal residence*

    *Your daytime phone number:* In Jail.

    *Your age:* 31    *Your years of schooling:*